**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

v.                             Case No. 97-CR-81493-BC

ALAN MIKELL and CHRISTOPHER GRISEL,

       Defendants.

_____/

**ORDER SETTING BRIEFING DATES AND SCHEDULING SENTENCING DATE**

On June 12, 2006, the court conducted a status conference in this matter.  During the conference, the court imposed deadlines by which the parties are to object to the presentence investigation report and by which the parties are to file their pre-sentence briefs.  As discussed during the conference,

IT IS ORDERED that any objections to the presentence investigation report shall be made by **June 30, 2006**, and responses to the objections shall be made by **July 14, 2006.** As provided by the local rules, objections and responses shall be sent directly to the probation officer, not filed on this court's docket.  *See* E.D. Mich. LCrR 32.1(b).

IT IS FURTHER ORDERED that the parties shall file their pre-sentence memoranda on or before **July 28, 2006**.  Responsive briefs shall be filed by **September 8, 2006**.[1]  The court will conduct a sentencing hearing on **September 28, 2006 at 2:00 p.m.**

                            S/Robert H. Cleland_____
                            ROBERT H. CLELAND
                            UNITED STATES DISTRICT JUDGE

Dated:  June 19, 2006

_____

[1]The parties should limit their briefing to between fifteen and twenty pages.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 19, 2006, by electronic and/or ordinary mail.

S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522