**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 97-CR-81493-BC

ALAN MIKELL and CHRISTOPHER GRISEL,

    Defendants.
                                           /

**ORDER SETTING DEADLINES TO PRESENT REVISED**
**PROPOSED ORDERS OF FORFEITURE**

On November 28, 2006, the court conducted a telephone conference to discuss the proposed "Preliminary Order of Forfeiture" presented to the court on July 15, 1999, and the subsequent objections filed by Defendant Mikell on September 14, 1999 [Dkt. # 258] and Defendant Grisel on September 21, 1999 [Dkt. # 260]. As discussed during the telephone conference, the court believes that the bulk of the objections can be resolved by (1) separating the original proposed order into two orders, one per Defendant, and (2) engaging in good faith negotiations between counsel to resolve the language disputes. The court will require a response from the Government to any objections which cannot be resolved through these two avenues. Accordingly,

IT IS ORDERED that the parties are DIRECTED to engage in good faith negotiations to narrow the scope of their disputes over the proposed forfeiture order.

IT IS FURTHER ORDERED that the Government shall present to the court two revised forfeiture orders, one per Defendant, by **December 20, 2006**. The Government

shall also file a response by **December 20, 2006,** to any remaining objections which have not been resolved by agreement.[1]

           S/Robert H. Cleland
           ROBERT H. CLELAND
           UNITED STATES DISTRICT JUDGE

Dated: November 30, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 30, 2006, by electronic and/or ordinary mail.

           S/Lisa Wagner
           Case Manager and Deputy Clerk
           (313) 234-5522

---

[1] To aid in resolving this dispute, Defendant Mikell's counsel may submit, by letter, a copy of the transcript on which he relies in support of his position.