**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                      Case No. 97-CR-81493-BC

ALAN MIKELL and CHRISTOPHER GRISEL,

    Defendants.
_____/

**ORDER CONTINUING BOND**

On June 19, 2007, the Sixth Circuit Court of Appeals issued an opinion and order granting Defendants' motions for release pending appeal. Accordingly,

IT IS ORDERED that the existing bond is hereby CONTINUED as to Defendants Alan Mikell and Christopher Grisel pending resolution of their appeals or further order of the court.

                                                     S/Robert H. Cleland
                                                     ROBERT H. CLELAND
                                                     UNITED STATES DISTRICT JUDGE

Dated: June 20, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 20, 2007, by electronic and/or ordinary mail.

                                                     S/Lisa Wagner
                                                     Case Manager and Deputy Clerk
                                                     (313) 234-5522