**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  Case No. 97-81493

CHRISTOPHER GRISEL,

        Defendant.
                                        /

**ORDER DIRECTING FURTHER BRIEFING**

Before the court is Defendant Christopher Grisel's June 30, 2008 request for a final order on forfeiture and motion to supplement the record. Under the court's local criminal rules, criminal motions are to be filed in accordance with Eastern District of Michigan Local Rule 7.1. *See* E.D. Mich. LCrR 12.1. Under Local Rule 7.1, a movant is required to seek concurrence before filing a motion. *See* E.D. Mich. LR 7.1(a). Defendant Grisel's June 30 "request" does not comply with this requirement,[1] and because the Government did not respond to the request, the court cannot determine whether the Government agrees to the relief sought by Defendant. Accordingly,

IT IS ORDERED that the Government shall either (1) submit a stipulation and proposed order authorizing the relief sought by Defendant Grisel or (2) file a response setting forth the reasons the Government opposes the request by **October 20, 2008.**

                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

---

[1] Defendant Grisel's motion also violates Local Rule 7.1(c), which provides that motions must be accompanied by a brief.

Dated: October 7, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 7, 2008, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\97-81493.GRISEL.FurtherBriefing.wpd