**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.               Case No. 97-81493

CHRISTOPHER GRISEL,

      Defendant.
                /

**FINAL ORDER OF FORFEITURE**

  This matter having come before the court on the application of the United States of America for entry of a Final Order of Forfeiture and the request by Defendant for the same, and the court having reviewed the briefs, being familiar with the pleadings filed in this action and taking into consideration the relevant portions of the record of the criminal case, the court finds as follows:

  1. On April 16, 2007, this court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. Pro 32.2(c)(2) and 18 U.S.C. § 982(a)(2)(A), forfeiting the right, title and interest of defendant Christopher Grisel in the following property:

| | |
|---|---|
| Innoquest, Inc. project account number 339-4014322, Guaranty Federal Bank, FSB, Hurst, Texas . . . . . . . . . . . . . | $713,638.45 |
| Innoquest, Inc. operating account number 339-4012201, Guaranty Federal Bank, FSB, Hurst, Texas . . . . . . . . . . . . . | $172,888.05 |
| Earthsafe Enterprises, Inc. and/or Mikco operating account number 8024044, Liberty Bank, Tulsa, Oklahoma . . . | $73,890.27 |

Earthsafe Enterprises, Inc. and/or Mikco
operating account number 6364046,
Liberty Bank, Tulsa, Oklahoma . . .        $1,056.14

Totaling:                                  $961,472.91

2. Pursuant to the court's Preliminary Order, and as required under 18 U.S.C. § 982, the United States published notice of the forfeiture in this case and its intent to dispose of the subject property on May 11, May 18, and May 25, 2007, in <u>Tulsa Daily Commerce & Legal News of Tulsa</u>, a newspaper of general circulation in Tulsa, Oklahoma. The United States also published notice of the forfeiture in this case and its intent to dispose of the subject property on May 14, May 21, and May 29, 2007, in <u>The Daily Commercial Record</u>, a newspaper of general circulation in Dallas, Texas.

3. No claims have been filed on any of the accounts listed above.

4. The time for filing a claim on the above accounts has expired.

**NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to 18 U.S.C. § 982, the right, title and interest of any person in the above accounts is hereby **FORFEITED**, and full, clear and unencumbered title to such property is hereby **VESTED** in the United States of America.[1]

IT IS FURTHER ORDERED that the United States Marshals Service is authorized to dispose of the above accounts according to law.

  S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 7, 2008

---

[1] This order is entered subject to the court's February 27, 2008 "Order Preserving Assets During Pendency of Appeal."

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 7, 2008, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\97-81493.GRISEL.FinalForfeiture.chd.wpd